IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK BAILEY, PETITIONER :
:
VS. : NO. CV01-0327
:
WARDEN EDWARD BRENNAN OF :
SCI-ALBION and D. MICHAEL :
FISHER, ATTORNEY GENERAL :
OF PENNSYLVANIA :

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearance of Samuel C. Stretton, Esquire, on behalf of the Petitioner, Mark Bailey, in the captioned matter.

Respectfully submitted,

Samuel C. Stretton, Esquire
Attorney for Petitioner,
Mark Bailey
301 South High Street
P.O. Box 3231
West Chester, PA  19381-3231
(610) 696-4243
Attorney I.D. No. 18491