# WAIVER OF SERVICE OF SUMMONS

TO: __Samuel C. Stretton, Esquire__
(Name of plaintiff's attorney or pro se plaintiff)

FILED
HARRISBURG
MAR 09 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

I acknowledge receipt of your request that I waive service of a summons in the action of __Mark Bailey__ vs. __Warden Edward Brennan, et al.__ which is case number __1: CV 01-0327__ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __February 26, 2001__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__March 1, 2001__          __Frank R. Filipi__
Date                                    Signature

for: Printed/typed name: __Honorable D. Michael Fisher__
Title if any: __Attorney General of Pennsylvania__
Address: __15th Floor, Strawberry Square__
__Harrisburg, PA 17120__

For corporation if any: ____
Representing defendant(s) if any: ____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK BAILEY, PETITIONER       :
                              :
        VS.                   :  NO. 1: CV 01-0327
                              :
WARDEN EDWARD BRENNAN OF      :
SCI-ALBION and D. MICHAEL     :
FISHER, ATTORNEY GENERAL      :
OF PENNSYLVANIA               :

### CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the Waiver of Service of Summons in the captioned matter upon the following persons and in the manner indicated below, which service satisfies the requirements of Pa. R.A.P. 121.

Service by First Class Mail addressed as follows:

1. Francis R. Filipi, Esquire
   Senior Deputy Attorney General
   Litigation Section
   Office of the Attorney General
   15th Floor, Strawberry Square
   Harrisburg, PA  17120

2. Mark Bailey
   DN-0370
   10745 Route 18
   Albion, PA  16475-0002

3.  Martha Bailey
    161 N. Bennett Street
    2nd Floor
    Bradford, PA  16701

                                        Respectfully submitted,

                                        _____
    __3/5/01_____                  Samuel C. Stretton, Esquire
    Date                                Attorney for Petitioner,
                                        Mark Bailey
                                        301 S. High St.
                                        P.O. Box 3231
                                        West Chester, PA  19381
                                        (610) 696-4243
                                        Attorney I.D. No. 18491