5

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly): Lucille Nichols
- B. Date of Delivery: 4/3/01
- C. Signature: X Lucille Nichols ☐ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes ☐ No

Article Addressed to:
Jeff Leber, Dist atty
of Potter Co.
One E. Third St
Coudersport, PA 16915

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 3/30/01 Show Cause Order

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Fisher, Pa. Attorney General
15th Floor, Strawberry Square
Harrisburg, Pa. 17120

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly)
- B. Date of Delivery: APR 0 2 2001
- C. Signature: X Thomas P. Rainey ☐ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Francis Filipi, Deputy Attorney General
15th Floor, Strawberry Square
Harrisburg, Pa. 17120

**COMPLETE THIS SECTION ON DELIVERY**
- A. Received by (Please Print Clearly)
- B. Date of Delivery: APR 0 2 2001
- C. Signature: X ☐ Agent ☐ Addressee
- D. Is delivery address different from item 1? ☐ Yes ☐ No

Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Copy from service label): 0993 4000 0001 4857 1881
PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

3/30/01 Show cause order in 1-CV-01-327
3 of 3.

---

FILED
HARRISBURG, PA

APR 04 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

1-CV-01-327
Show Cause order
3/30/01