peear

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK BAILEY,
Petitioner

vs. CIVIL ACTION NO. 1:CV-01-0327

WARDEN EDWARD BRENNAN,
Respondent

FILED
HARRISBURG, PA

MAY 10 2001

MARY E. D'ANDREA, CLERK
PER ______ DEPUTY CLERK

O R D E R

AND NOW, this 10th day of May, 2001, it is ordered that:

1. The Respondent shall have twenty days from the date of this order to comply with the court's order of March 30, 2001.

2. The Office of the District Attorney of Potter County is advised that if it desires any other relief from the court in connection with this case, the request shall be made pursuant to the local rules of this court. See L.R. 5.2 and 7.1 et seq.

William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 10, 2001

Re: 1:01-cv-00327 Bailey v. Brennan

True and correct copies of the attached were mailed by the clerk to the following:

Samuel C. Stretton, Esq.
301 South High St.
P.O. Box 3231
West Chester, PA 19381

Francis R. Filipi, Esq.
Attorney General's Office
Strawberry Square
15th Floor
Harrisburg, PA 17120

District Attorney of
Jeff Leber, Potter County
One E. Third St
Coudersport, Pa 16915

cc:

| | | | |
|---|---|---|---|
| Judge | ( / ) | ( ) | Pro Se Law Clerk |
| Magistrate Judge | ( ) | ( ) | INS |
| U.S. Marshal | ( ) | ( ) | Jury Clerk |
| Probation | ( ) | | |
| U.S. Attorney | ( ) | | |
| Atty. for Deft. | ( ) | | |
| Defendant | ( ) | | |
| Warden | ( ) | | |
| Bureau of Prisons | ( ) | | |
| Ct Reporter | ( ) | | |
| Ctroom Deputy | ( ) | | |
| Orig-Security | ( ) | | |
| Federal Public Defender | ( ) | | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( ) Pltf's Attorney ( ) | |
| Standard Order 93-5 | ( ) | | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to: US Atty Gen ( ) PA Atty Gen ( ) DA of County ( ) Respondents ( ) | |
| Bankruptcy Court | ( ) | | |
| Other ____________________ | ( ) | | |

MARY E. D'ANDREA, Clerk

DATE: 5-10-01

BY: [signature]
Deputy Clerk